IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  04-cv-01039-EWN-PAC

APRIL C. HOFF,

      Plaintiff(s),

v.

SANDRA J. McCLURG and
JASON DEARMAN,

      Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

      IT IS HEREBY **ORDERED** that the Motion to Cancel Settlement Conference or, in the Alternative, to Allow Plaintiff and Plaintiff's Counsel to Appear by Telephone ]filed October 7, 2005] is **GRANTED** as follows:

      The Settlement Conference set for October 12, 2005 is *vacated and reset* to **November 16, 2005 at 1:30 p.m.**  Confidential Settlement Statements are due on or before **November 11, 2005.  *Counsel and parties with full authority to settle must be present.***

      In compliance with D.C.Colo. LCivR 83.2B all parties, counsel and witnesses shall have valid, current, photo identification when entering the courthouse.

Dated:  October 12, 2005