IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 04–cv–01039-EWN-PAC

APRIL C. HOFF,

    Plaintiff,

v.

SANDRA J. McCLURG and
JASON DEARMAN,

    Defendants.

_____

**ORDER DENYING MOTIONS IN LIMINE**
_____

    This case comes before the court on two motions in limine (##65, 66) filed by Defendant Sandra J. McClurg.  Although each motions contains a rule 7.1A certificate, the certificate merely recites that there was an attempt to confer and that opposing counsel was not "available at the time of the call."  This is insufficient compliance.  Accordingly, it is

    ORDERED as follows:

    1.  The motions (##65, 66)  are DENIED for failure to comply with local rule 7.1A.

    2.  All counsel are cautioned that the strongly preferred way of filing electronic documents in PDF is to convert the word processing document into PDF format, not (as Mr.

Jirak has done) to scan the document with a scanner.  *See generally* Electronic Case Filing User Manual ch. 2 (available on the court's web site).  Future non-complying filings may be stricken without further notice.

Dated this 7th day of November, 2005

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
UNITED STATES DISTRICT JUDGE