IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-01039-EWN-PAC

APRIL C. HOFF,

    Plaintiff,

SANDRA J. McCLURG and JASON DEARMAN,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court upon the Stipulated Motion for Dismissal with Prejudice filed by the parties through their respective counsel of record, the Court, having reviewed said motion and the files therein, finds that dismissal with prejudice should be granted.

IT IS THEREFORE ORDERED that this matter is dismissed with prejudice; each party shall pay their respective costs and fees incurred.

DONE this 28th day of February, 2006.

                                              BY THE COURT:

                                              s/ Edward W. Nottingham
                                              EDWARD W. NOTTINGHAM
                                              United States District Judge